**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MIGUEL ANGEL OROZCO-GRANADOS, a.k.a. Miguel Orozco,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 10-70077<br><br>Agency No. A072-341-196<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 9, 2012[**]

Before:     RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

Miguel Angel Orozco-Granados, a native and citizen of Mexico, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to remand and dismissing his appeal from an immigration judge's removal

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

order.  We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to remand, *Cano-Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002), and we deny the petition for review.

The BIA did not abuse its discretion in rejecting Orozco-Granados's ineffective assistance of counsel claim where he failed to comply with the threshold requirements set forth in *Matter of Lozada*, 19 I. & N. Dec. 637 (BIA 1988), and the ineffective assistance he alleges is not plain on the face of the record.  *See Azanor v. Ashcroft*, 364 F.3d 1013, 1023 (9th Cir. 2004) (failure to comply with *Lozada* is significant where the facts underlying petitioner's claim are not plain on the face of the record).

In light of our disposition, we need not address petitioner's remaining contentions.

**PETITION FOR REVIEW DENIED.**